AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>EDWARD KEITH PERKINS<br><br>Defendant(s) | Case No.<br>2:24-mj-00148 |

FILED
AUG 2 3 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 22, 2024** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute methamphetamine |

This criminal complaint is based on these facts:

On or about August 22, 2024, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Edward Keith Perkins, possessed with intent to distribute a quantity of methamphetamine, a schedule II controlled substance. A field test confirmed the substance to be methamphetamine.

☐ Continued on the attached sheet.

_Complainant's signature_

Dan Karshenas, Special Agent (HSI)
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 08/23/2024

_Judge's signature_

City and state: Charleston, West Virginia    Dwane L. Tinsley, United States Magistrate Judge
_Printed name and title_